1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES RAY BAGLEY, JR.,                    No.  2:17-cv-2213 MCE DB P

12                     Petitioner,

13           v.                                 ORDER

14    ROSEMARY NDOH, Warden,

15                     Respondent.

16

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On January 29, 2020, the magistrate judge filed findings and recommendations herein

21    which were served on petitioner and which contained notice to petitioner that any objections to

22    the findings and recommendations were to be filed within fourteen days.  ECF No. 20.  Petitioner

23    has not filed objections to the findings and recommendations.

24           The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27           1.  The findings and recommendations filed January 29, 2020 (ECF No. 20), are

28    ADOPTED in full;

2. Petitioner's motion to stay (ECF No. 15) is DENIED; and

3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  March 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE